JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-01360-RGK-MRW | Date | May 28, 2020 |
|---|---|---|---|
| Title | *Lamar Myers v. Aria Burger King, Inc., et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: Court's Order to Show Cause

On February 11, 2020, Plaintiff Lamar Myers ("Plaintiff") filed a Complaint against Aria Burger King, Inc. and JJW 2009, LLC (collectively, "Defendants). On May 14, 2020 the Court issued an Order to Show Cause ("OSC") as to why Defendants should not be dismissed for lack of prosecution. That Order directed Plaintiff to file proof of timely service of summons and complaint, or else Defendants would be dismissed.

On May 20, 2020, the parties filed a stipulation extending the time for Defendants to answer the Complaint. This stipulation does not comply with the Court's OSC, and Plaintiff has not sought leave from this Court to discharge the OSC by alternate means. Accordingly, Plaintiff's claims against Defendants are hereby **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

                                                                   : 

Initials of Preparer